UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1201 TENNESSEE LLC,<br><br>   Plaintiff,<br><br> v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>   Defendant. | Case No. 16-cv-04207-HSG<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT REGARDING THE STATUS OF THE TENTATIVE SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 24 |

On February 5, 2017, James A. Riddle, counsel for Plaintiff 1201 Tennessee LLC, filed a mediation status report. Dkt. No. 24. The report stated in part, "The parties hereby advise the Court that a tentative settlement conditional upon further party approval has been reached in this action. The approval condition has until February 17, 2017 to be fulfilled." *Id.* The approval condition deadline has now passed. Therefore, the Court **ORDERS** the parties to file a joint statement regarding the status of the tentative settlement agreement. The statement must be filed no later than March 13, 2017 and must not exceed five pages.

**IT IS SO ORDERED.**

Dated: 3/6/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge